**GILEAD SCIENCES, INC., Plaintiff–Appellee,**

v.

**SIGMAPHARM LABORATORIES, LLC, Defendant–Appellant.**

No. 2014–1456.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2014.

Timothy J. Kelly, Fitzpatrick, Cella, Harper & Scinto, of New York, N.Y., argued for plaintiff-appellee. With him on the brief was Christopher E. Loh. Of counsel was Colleen Tracy.

John E. Rosenquist, Leydig, Voit & Mayer, LTD., of Chicago, IL, argued for defendant-appellant. With him on the brief was Marc R. Wezowski. Of counsel on the brief were K. Lee Marshall and Robert L. Stolebarger, Bryan Cave LLP, of San Francisco, CA; and Ameer Gado and Anthony Friedman, of St. Louis, MO. Of counsel was Karen A. Confoy, Fox Rothschild, of Lawrenceville, NJ.

DYK, REYNA, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**